# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-2019
LT Case Nos. 2014-304845-CFDB
2014-304911-CFDB
_____

ALONZA HENRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.800 Appeal from the Circuit Court for Volusia County.
Arthur Christian Miller, Judge.

Alonza Henry, Live Oak, pro se.

No Appearance for Appellee.

October 14, 2025


PER CURIAM.

AFFIRMED.


WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____